UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN NOTTINGHAM,             )<br>                                                       )<br>                      Plaintiff,       )<br>       v.                                        )<br>                                                       )<br>SOUTHERN DISTRICT OF INDIANA COURT, )<br>JUDGE LARRY MCKINNEY,      )<br>                                                       )<br>                      Defendant.    ) | 1:05-cv-1581-JDT-TAB |

**Entry Directing Further Proceedings**

The plaintiff's request to proceed *in forma pauperis* recites that he has significant debt and trust fund income of $800 per month. His request to proceed *in forma pauperis* is **granted**, consistent with the following: The plaintiff is permitted to pay the $250.00 filing fee in equal installments of $125.00, with the first to be paid not later than December 1, 2005, and the second to be paid not later than January 4, 2005.

**IT IS SO ORDERED.**

Date:  11/03/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648